

FILED
CLERK, U.S. DISTRICT COURT
APR 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, <br> PLAINTIFF <br> v. <br> Ronnie Lamont Matthews <br> DEFENDANT(S). | CASE NUMBER <br> CR 14-844M <br><br> ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __5/2/14__, at __2:30__ ☐ a.m. / ☒ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

312 N. Spring St. 3d Fl.
LA, CA 90012

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __4/29/14__        _____
                          U.S. District Judge/Magistrate Judge